1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

IN RE:  STEVEN WAYNE BONILLA

No. 2:25-cv-00678-JAM-CSK

12

No. 2:25-cv-00682-JAM-CSK

13

No. 2:25-cv-00683-JAM-CSK

14

No. 2:25-cv-00684-JAM-CSK

15

No. 2:25-cv-00685-JAM-CSK

16

No. 2:25-cv-00686-JAM-CSK

17

No. 2:25-cv-00724-JAM-CSK

18

No. 2:25-cv-00725-JAM-CSK

19

No. 2:25-cv-00791-JAM-CSK

20

No. 2:25-cv-00804-JAM-CSK

21

22

23

24

**ORDER**

25

26

27

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

28

above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

1

1   litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

2   proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

3   Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

4   13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

5   the Court to open a new case for each attempted new pleading and assign it to the Court for

6   review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's

7   Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

8           The Court has reviewed the complaints/petitions filed in the above-captioned cases and

9   finds they are related to Plaintiff's Alameda County criminal conviction.[1]

10          Accordingly, IT IS HEREBY ORDERED that 2:25-cv-00678, 2:25-cv-00682, 2:25-cv-

11  00683, 2:25-cv-00684, 2:25-cv-00685, 2:25-cv-00686, 2:25-cv-00724, 2:25-cv-00725, 2:25-cv-

12  00791 and 2:25-cv-00804 are **DISMISSED**; the Clerk of the Court is **DIRECTED** to **CLOSE**

13  these cases.  **No further filings will be accepted**.

14

15   Dated: March 27, 2025                    /s/ John A. Mendez

16                                           THE HONORABLE JOHN A. MENDEZ
                                             SENIOR UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25  [1] In the caption of 2:25-cv-00791, plaintiff names the Tehama County Superior Court.  In the
26  caption of 2:25-cv-00804, plaintiff names the Merced County Superior Court.  To the extent
    plaintiff intended to raise the claims raised in these cases in the United States District Court for
27  the Eastern District of California, this Court finds that the claims raised in 2:25-cv-00791 and
    2:25-cv-00804 are related to Plaintiff's Alameda County criminal conviction.
28